AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Craig A. Newby (Bar No. 8591)
  Deputy Solicitor General
Akke Levin (Bar No. 9102)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
cnewby@ag.nv.gov
alevin@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KREPS, an individual; PAULA KELESIS, an individual; DANNY ITZHAKI, an individual; and NATALIE HETLY, and individual on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN F. SISOLAK, in his official capacity, as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as Attorney General of the State of Nevada; IHSAN AZZAM, in his capacity as Nevada Chief Medical Officer; NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a Nevada Administrative Agency, DOES 1 through 100,<br><br>Defendants. | Case No. 2:21-cv-00052-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR STATE DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between defendants Stephen F. Sisolak, Aaron Darnell Ford, Ihsan Azzam, and Nevada Department of Health and Human Services (collectively, "Defendants"), and plaintiffs Michael Kreps, Paula Kelesis, Danny Itzhaki and Natalie Hetly (collectively, "Plaintiffs"), by and through their respective counsel, that the Defendants will have up to and including March 1, 2021 to file a response to Plaintiffs' First Amended Complaint (ECF No. 3).

1  The reason for the stipulated extension is the forthcoming evidentiary hearing on Plaintiffs' Emergency Motion, the outcome of which may resolve the claims asserted in Plaintiffs' First Amended Complaint or otherwise affect the scope of the case.

Respectfully submitted this 10th day of February, 2021.

| AARON D. FORD<br>Attorney General | CHATTAH LAW GROUP |
|---|---|
| By: */s/ Akke Levin*<br>Steve Shevorski (Bar No. 8256)<br>Chief Litigation Counsel<br>Craig A. Newby (Bar No. 8591)<br>Deputy Solicitor General<br>Akke Levin (Bar No. 9102)<br>Senior Deputy Attorney General<br>*Attorneys for State Defendants* | By: */s/ Sigal Chattah*<br>Sigal Chattah (Bar No. 8264)<br>*Attorneys for Plaintiffs* |

### **ORDER**

**IT IS SO ORDERED.**

DATED this __10th__ day of February, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE