AARON D. FORD
Attorney General
Steve Shevorski (Bar No. 8256)
Chief Litigation Counsel
Craig A. Newby (Bar No. 8591)
Deputy Solicitor General
Akke Levin (Bar No. 9102)
Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
alevin@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KREPS, an individual; PAULA KELESIS, an individual; DANNY ITZHAKI, an individual; and NATALIE HETLY, and individual on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN F. SISOLAK, in his official capacity, as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as Attorney General of the State of Nevada; IHSAN AZZAM, in his capacity as Nevada Chief Medical Officer; NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a Nevada Administrative Agency, DOES 1 through 100,<br><br>Defendants. | Case No. 2:21-cv-00052-JCM-EJY<br><br><br>**STIPULATION FOR DISMISSAL UNDER FRCP 41** |

IT IS HEREBY STIPULATED between Plaintiffs Michael Kreps, Paula Kelesis, Danny Itzhaki, Natalie Hetly and Defendants Stephen F. Sisolak, Aaron Darnell Ford, Ihsan Azzam, and Nevada Department of Health and Human Services, by and through

. . .

. . .

. . .

Page **1** of **2**

their undersigned counsel of record, that this case is and shall hereby be dismissed with prejudice, with each party to bear his, her, or its own attorneys' fees and costs.

DATED this 22nd day of February, 2021.

| AARON D. FORD<br>Attorney General | CHATTAH LAW GROUP |
|---|---|
| By:  /s/ *Akke Levin*<br>    Steve Shevorski (Bar No. 8256)<br>    Chief Litigation Counsel<br>    Craig A. Newby (Bar No. 8591)<br>    Deputy Solicitor General<br>    Akke Levin (Bar No. 9102)<br>    Senior Deputy Attorney General<br>    *Attorneys for Defendants* | By:  /s/ *Sigal Chattah*<br>    Sigal Chattah, (Bar No. 8264)<br>    5875 S. Rainbow Blvd. #203<br>    Las Vegas, Nevada 89118<br>    Tel.: (702) 360-6200<br>    *Attorney for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

DATED this_____ day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE